UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF THE STATE OF FLORIDA

IN RE:                                    )        Case No. 3:09-bk-04257-PMG
Donna M. Jackson,                         )
            DEBTOR                        )

APPLICATION FOR ORDER DIRECTING PAYMENT OF FUNDS TO
CREDITOR/CLAIMANT PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C.
SECTIONS 2041 ET. SEQ.

Fifth Third Bank (the "Claimant") a claimant in the captioned case whose address is <u>1850 East Paris (Code ROPS05), Grand Rapids, MI  49546</u> respectfully requests as follows:

1. Claimant was a creditor of the Debtor and was due to receive and the trustee did, in fact, make a distribution from the estate to the Claimant in the amount of approximately $2,166.36. The Claimant was not located and the funds of the Claimant were paid into the Court pursuant to 11 U.S.C. § 347.

2. Pursuant to 11 U.S.C. § 347 and chapter 129 of title 28, United States Code, the Claimant requests that the Court issue an order directing payment to the Claimant and that payment be made in care of the party set forth below.

WHEREFORE, Claimant requests that the Court issue an order directing payment of all funds held by the Court for the Claimant in this case and for such further and other relief as is just and appropriate.

Fifth Third Bank
FID#/SSN: <u>31-0854433</u>

By: _____
Greg Griffith
American Property Locators, Inc.
Attorney-in-fact
3855 South Boulevard, Suite 200
Edmond, OK  73013
(405) 340-4900

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE: ) Case No. 3:09-bk-04257-PMG
Donna M. Jackson, )
)
DEBTOR )

AFFIDAVIT OF SERVICE & AWARENESS
OF STATE REQUIREMENTS

Notice is hereby given to the court that on June 24, 2010 the US Attorney was advised via the US Postal Service at the address below, of the intent of American Property Locators, Inc., to apply for the release of unclaimed funds in the above named case on behalf of Fifth Third Bank.

> United States Attorney
> Attn: Civil Process Clerk
> 400 N. Tampa Street, Suite 3200
> Tampa, FL  33602-4708

I, Greg Griffith, hereby state that I am aware of the state law requirements for being a personal representative in the State of Florida.

_____
Greg Griffith

SUBSCRIBED AND SWORN before me this 24 day of June 2010.

_____
Notary Public

KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission # 03004752  Expires 04/27/11

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF THE STATE OF FLORIDA**

| | |
|---|---|
| IN RE: ) | Case No. 3:09-bk-04257-PMG |
| Donna M. Jackson, ) | |
| ) | |
| DEBTOR ) | |

**ORDER DIRECTING PAYMENT**
**OF FUNDS TO CREDITOR/CLAIMANT**

On the application of Fifth Third Bank (FID#/SSN <u>31-0854433</u>) , (the "Claimant") a claimant in the captioned case for an order directing payment of funds held in the registry of the Court, the Court finds that the Claimant has noticed the United States Attorney as required by 28 U.S.C. § 2041 <u>et</u>. <u>seq</u>. and directs that all funds held in the registry of the court or paid in pursuant to 11 U.S.C. § 347 for the benefit of and waiting the request of the Claimant (in the approximate amount of $2,166.36) be paid to it in care of American Property Locators, Inc., Attn: Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013.

Dated this ___ day of _____, _____.

_____
United States Bankruptcy Judge

Copies to:

Fifth Third Bank c/o Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013

Susan Magaditsch, Financial Administrator, U.S. Bankruptcy Court, 801 N. Florida Avenue, Tampa, FL 33602-3899

# LIMITED POWER OF ATTORNEY

Fifth Third Bank, ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints Greg Griffith, 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

**ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of Donna M. Jackson, that belong to the Principal,**

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this 16th day of June, 2010.

**PRINCIPAL:**
Fifth Third Bank
Federal ID # 31-0854433

By: _[signature]_
Title: Bankruptcy Collections

Principal's Address:

1850 East Paris
(Code ROPS05)
Grand Rapids, MI 49546

AFFIX CORPORATE SEAL

If corporate Seal is unavailable sign affidavit below:

BE IT ACKNOWLEDGED,
That the undersigned hereby says under oath that the corporate seal for this corporation is unavailable

By: _[signature]_ A.V.P

## ACKNOWLEDGMENT

STATE OF Michigan )

COUNTY OF Kent )

Before me a Notary Public, in and for said County and State on this 16 day of June, 2010 personally appeared Colleen Trapp to me known to be the identical person who subscribed his/her name to the foregoing instrument as its Bankruptcy Manager and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:
1-25-2014

_[signature]_ Stacey L Vance
Notary Public

STACEY L. VANCE
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF OTTAWA
MY COMMISSION EXPIRES 01/25/2014
Acting in the County of Kent



**Colleen Trapp**
Bankruptcy Collection Manager

CSCI • 1850 East Para • MD ROPS05 • Grand Rapids, MI 49546
Tel 616-653-7306 • Fax 616-653-9820
colleen.trapp@53.com • www.53.com



**FFIEC home**    Federal Reserve Board home
**Accessibility**    Disclaimer   Privacy Policy

| NIC Home | Institution Search | FBO Search | Top 50 BHCs |
| BHCPR Peer Reports | FAQ | | |
| Institution History | | | |

You asked for:
**FIFTH THIRD BANK**

This institution has become a branch and been renamed (see Institution History). The current information is:
**ONE VANDENBERG CENTER BRANCH**
ONE VANDENBERG CENTER
GRAND RAPIDS, MI, UNITED STATES 49503

Institution Type: Domestic Branch of a Domestic Bank
RSSD ID: 913940
Head Office: FIFTH THIRD BANK

**Financial Data**

Financial statements for this institution type are not available.

NIC Home | FAQ | Help | Contact Us



**Institution History for** FIFTH THIRD BANK (723112)

6 institution history record(s) found.                                            < Previous  Page 1   Next >

| Event Date | Historical Event |
|---|---|
| 1959-12-31 | FIFTH THIRD UNION TRUST COMPANY located at 38 FOUNTAIN SQ PLAZA, CINCINNATI, OH was established as a State Member Bank. |
| 1969-03-13 | FIFTH THIRD UNION TRUST COMPANY was **renamed** to FIFTH THIRD BANK. |
| 1979-01-01 | FIFTH THIRD BANK was **renamed** to FIFTH THIRD BANK, THE. |
| 1995-04-01 | FIFTH THIRD BANK, THE **split and formed** FIFTH THIRD BANK OF NORTHEASTERN OHIO. |
| 1998-11-03 | FIFTH THIRD BANK, THE was **renamed** to FIFTH THIRD BANK. |
| 2006-03-31 | FIFTH THIRD BANK **moved** to 38 FOUNTAIN SQUARE PLAZA CINCINNATI, OH. |

Page 1 of 1

NIC Home   |   FAQ   |   Help   |   Contact Us